■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON RODRIQUEZ, Appellant. [638 NYS2d 312] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered June 24, 1993, convicting defendant, after a jury trial, of manslaughter in the second degree and criminal possession of a weapon in the second and third degrees, and sentencing him, as a persistent felony offender, to concurrent terms of 15 years to life, unanimously affirmed.

The verdict was based on legally sufficient evidence. Defendant's conduct created a substantial and unjustified risk of death of which he was aware and which he disregarded (*People v Licitra*, 47 NY2d 554, 558). We find that the prosecutor's summation did not deprive defendant of a fair trial.

We have considered defendant's remaining contentions, including those raised in his *pro se* supplemental brief, and find no basis for reversal. Concur—Ellerin, J. P., Rubin, Nardelli, Williams and Mazzarelli, JJ.